IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON ~~[redacted]~~ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

RICO LAMAR BALLARD #886719
GA. DIAG. & CLASS. PRISON
P.O. BOX 3877
JACKSON, GA 30233

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

vs.

G.D.CP OFFICER MATTHEWS; GDCP SGT. WHITE; GDCP UNIT MANAGER RUFUS LOGAN; GDCP DEPUTY ~~[strikethrough]~~ WARDEN TOMMY COFFEE; GDCP WARDEN BENJAMIN FORD; GDCP OFFICER JESSICA HOLLAND;

(NAME OF EACH DEFENDANT)

Defendant(s)

CIVIL ACTION NO: _____

## I. GENERAL INFORMATION

1. Your full name and prison number **RICO LAMAR BALLARD #886719**
2. Name and location of prison where you are now confined **GA. DIAG. & CLASS. PRISON**
3. Sentence you are now serving (how long?) **BEING HELD AGAINST MY WILL (FALSE IMPRISON)**
    (a) What were you convicted of? **MURDER-CHARGE DISCHARGED, VACATED, COMMUTED AND DECLARED NULL & VOID; AGGRAVATED ASSAULT MAXED OUT MARCH 21, 2020 5 YEAR SENTENCE**
    (b) Name and location of court which imposed sentence **Fulton County Superior Court FOR MURDER #Z-75422 ; Telfair Superior Court FOR AGG. ASSAULT #13R122A**
    (c) When was sentence imposed? **Fulton 6-28-96 ; telfair 3-23-15**
    (d) Did you appeal your sentence and/or conviction?   Yes ✓   No ☐
    (e) What was the result of your appeal? **Fulton eventually Discharged, Vacated Commuted and Declared Null & Void**

(f) Approximate date your sentence will be completed **MAXED OUT MARCH 21, 2020** (FALSE IMPRISONMENT)

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

   Yes [✓]   No [ ]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
       Plaintiff(s): **RICO LAMAR BALLARD**

       Defendant(s): **JACQUELYN BARRETT; NORMAN GIPSON; FULTON COUNTY JAIL**

   (b) Name of Court: **UNITED STATES DISTRICT COURT - NORTHERN DISTRICT**
   (c) Docket Number: **1:04-CV-3465** When did you file this lawsuit? **DON'T REMEMBER**
   (d) Name of judge assigned to case: ~~[scribbled]~~ **RICHARD STORY**
   (e) Is this case still pending?   Yes [ ]   No [✓]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
       **DON'T REMEMBER BUT I WON THE LAWSUIT**

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [✓]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
       Plaintiff(s): **RICO LAMAR BALLARD**
       Defendant(s): ~~[scribbled]~~  **SAM SMOLEY ET AL**
   (b) Name of Court: **UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT**
   (c) Docket Number: **CV 609-002** When did you file this lawsuit? **DON'T REMEMBER**
   (d) Name of judge assigned to case: **DON'T REMEMBER**
   (e) Is this case still pending?   Yes [ ]   No [✓]

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

Don't REMEMBER But I WON the LAWSUIT

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

_____   _____

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? GA. DIAG. AND CLASS. PRISON

(a) Does this institution have a grievance procedure?   Yes ☑   No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑   No ☐

(2) If Yes, what was the result? I HAVE NEVER HEARD BACK - I GAVE IT TO A COUNSELOR JOHNNY GODDY TO FILE BUT HE HAS A PERSONAL BIAS AGAINST ME AND APART OF THE PLOT AGAINST ME - I HAVE ALOT OF GRIEVANCES RECIEPT

(3) If No, explain why not: _____

PREVIOUS LAWSUIT CONTINUATION

(1) MY OTHER CASES I DON'T HAVE THE CASE NUMBER TOO BECAUSE OFFICERS AND INMATES WERE STEALING MY LEGALMAIL OUT MY CELL AND STEALING MY LEGALMAIL AS IT CAME IN

(2) AS FOR OTHER LAWSUITS I FILED SOME THROUGH THE SOUTHERN CENTER FOR HUMAN RIGHTS ATTORNEY RYAN PRIMERANO AND CAITLIN CHILDS THAT I DON'T KNOW THE CASE # TOO.

(3) MORESO, I AM THE TIMOTHY GUMM-1 IN THE GUMM-v-FORD ECT AL. CASE #5:15-CV-41-MTT-CHW AND GUMM v. SELLER CASE #5:15-CV-41-MTT-CHW

FURTHERMORE THESE ARE THE ONLY CIVIL ACTION CASE(S) THAT I RECALL TO THE BEST OF MY KNOWLEDGE

Rico Ball  #886719
Rico Ballard  #886719

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

THEY WERE All PRESENT ON THE DATE THIS OCCURRED 12-5-19

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☐   No ☑

(1) If Yes, to whom did you appeal and what was the result?

(2) If No, explain why you did not appeal: CoUNSELoR REFUSED To pRocESS It

10. In what other institutions have been confined? Give dates of entry and exit.

GA. DIAG & CLASS PRISON - PHILLIPS - HAYES - MACON - SMITH - GA. STATE PRISON TELFAIR - HANCOCK - CALHOUN - MENS UNIT - BASICALLY EVERY CLOSE SECURITY STATE PRISON AS I REMEMBER BUT I DON'T REMEMBER THE ENTRY & EXIT DATES

GDCP - SMU

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

RICO LAMAR BALLARD # 886719
GA. DIAG. & CLASS PRISON
P.O. BOX 3877
JACKSON, GA 30233

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

GDCP OFFICER MATTHEWS; GDCP SGT. WHITE; GDCP UNIT MANAGER RUFUS LOGAN; GDCP DEPUTY WARDEN TOMMY COFFEE; GDCP WARDEN BENJAMIN FORD; GDCP OFFICER JESSICA HOLLAND

G.D.CP - GA. DIAGNOSTIC & CLASSIFICATION PRISON
P.O. BOX 3877 JACKSON GA 30233

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

**DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME**; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? **Georgia Diagnostic & Classification Prison H-2**

WHEN do you allege this incident took place? **12-5-19**

WHAT happened? **On 12-5-19 while housed at G.D.C.P in H-2 Step Program I became aware that an officer had given other inmates my mail and after they ran yard call for the Dormitory I asked an unknown inmate who hadn't went to the yard and slept several cells down whom were suspected of getting my legal mail from the officers "had anybody given him any of my mail" the unknown inmate entered his cell as I leaned against the door frame suddenly the unknown inmate came out the cell and declared "Get from by my cell" and as I raised up off the door frame into a full stance the unknown inmate became aggressive and hostile than began stabbing me I was stabbed several times in the arms – in the neck area, the left earlobe area – the right nose area. and several more times in the back as I attempted to defend myself ... However – moments before I was**

attacked I heard a female officer utter "He need to come on He find to get out"... I glanced at the front entrance and observed several officers standing at the door observing the attack upon my take place...... I broke free from my attackers and continued attempting to defend myself as I backed towards the front entrance... the officers standing at the front entrance seen me and slammed the door shut...... At that time another inmate whom name I don't know faked as if he was trying to help me but somewhat attacked me as well..... I wrestled away from him and desperately attempted to go get my property in order to be released but was attacked again .... No officers attempted to intervene as they stood at the door observing and laughing nonetheless... As I grabbed hold of my attackers knife — trying to take it and holding onto it for my dear life Officer Matthews stepped through the entrance door and pepper strayed ~~~~ the open wound on the right side of my nose and slammed the door back shut and he along with several other officers stood outside the door looking and laughing.....

This attack upon my life was a direct result of Unit Manager Rufus Logan, Deputy Warden Tommy Coffee and Regional Director Reginald Holt instructing and/or ordering inmates to kill me prior weeks before during their inspection  Prior to this incident Unit Manager Rufus Logan came through for inspection and stated "Yall can gone and kill him" as he strolled back pass my cell along with Deputy Warden Tommy Coffee who confirmed it by saying " Yea .Yall can handle that" and they continued out the dorm



Moreso when our dormitory doors open... I asked the officer to call Counselor Spencer and when we spoke I made her aware of what was said — she took notes... I asked for a grievance... I stated "I was in fear for my life because Unit Manager Rufus Logan authorized a hit on my life"... She replied "We don't write grievances over here but I'll take care of it"

Unit Manager Rufus Logan observed us combursting and attempted to attack me but Counselor Spencer intervene as I ran into the dormitory and locked the door... However, before I entered the dormitory I overheard Unit Manager Rufus Logan utter "Yea I said it — that motherfucker gone die before he leave here"... He revealed aggression within his body language

Atleast a couple days before the assault and stabbing upon me Ga. Dept of Corrections Regional Director Reginald Holt inspected the dormitory and I advised him "they're alleging I still had a life sentence"... I provided him with the court decision case law and pointed to the area where it revealed the alleged life sentence had been discharged, vacated, commuted and declared null and void... He read it and said "I'ma check into it"... He stepped over to the side and typed within his phone than reapproached me and stated "I got you, I'ma take care of it"... However, before he departed from in front of my cell I provided him with the Ga Pardon and Parole Board Sentencing Information phone number 404-656-4661 and he stated

"I checked into everything I'ma take care of you"

However, approximately a day or two before this incident occurred Ga. Dept of Corrections Regional Director Reginald Holt came through the dormitory and strolled pass my cell... & within several seconds I heard him whispering in a low tone to someone in the cell pass but as he departed I heard him state "Make sure yall handle that"...

The assault and stabbing was a direct hit upon my life influenced by the defendants listed within this civil action complaint and others who are not listed within this civil action complaint whom are all administrative staffs and prison officials of the Ga. Dept of Corrections Georgia Diagnostic and Classification Prison

Moreso, on December 4, 2019 I was advised by an officer whom I can't remember to call somebody to pick me up. However, the person did not arrive until late... yet as they entered the dorm the female officer locked the door and stated "Yall can't leave until in the morning" which happened to be the morning of December 5, 2019 and that's when the entire situation transpired

Furthermore - when the officers rushed the dormitory on December 5, 2019 as I [redacted] defended my life... I was instructed to lay on the floor in which I complied... My blood was steady leaking and my injuries were aching extremely bad [redacted]. Therefore, I stood with my back against the wall and some officers rushed me with their guns pointed in my face...

I was rushed out the dormitory and taken to medical where I was medically assessed and it was [redacted]

determined that I needed to be transported to ~~[redacted]~~ ~~[redacted]~~ Spaulding Regional Hospital... the injury I had were a nose injury where my nose was split open from a knife stabb; a few stabb wounds to the neck; a stabb wounds to the left shoulder, several stabb wounds to the left arm; several stabb wounds to the back and possibly a few gunshot wounds because the officers discharged the weapons and this will be determined from further review of the video security cameras

Nonetheless, as I was being ~~[redacted]~~ examined by medical unit manager Rufus Logan stated "I would be released when I returned from the hospital and Deputy Warden Tommy Coffee snapped several pictures of my nose injury and I suspect the rest of my injuries.

I was transported to Spaulding Regional Hospital Hospital by Sgt. Stewart and Cert member [redacted]. Drew I was half treated for my injuries because several of my wounds were untreated and immediately transported back to Ga. Diagnostic and Classification Prison and later transported ~~[redacted]~~ to the ~~[redacted]~~ Special Management Unit where Sgt. Stewart and Cert Member Drew lied to medical staffs declaring "He was ready to discharge from the hospital"

Once I arrived back at the Georgia Diagnostic and Classification Prison Deputy Warden Theresa Thornton instructed Sgt. Stewart and Cert Member Drew to take me to the Special Management Unit

After I entered the Special Management Unit I advised the nurse that I had been half treated at the hospital and I needed some more medical treatment namely some a X-ray's and Cat scan for my injuries... the nurse name was "Barnes" and/or

Nurse "Von" — she examined me and stated "Its not anything I can do"

As I exited G.D.C.P - SMU medical room I advised everyone that I seen that "I supposed to been released"

Sgt. Stewart and Cert Member Drew advised the entire Cert team that I supposed to been released and gave my release papers to Cert team Lt. Resurland

I was partially treated by medical and escorted to F-Wing cell #111 By Cert team Sgt. Williams

Moreso — throughout my entire stay at GDCP H-2 Step Program the Officers, Supervisors, Unit Managers or Administrative Staff(s) rarely monitored or supervised any of us and they were fully aware we were recently released from the Special Management Unit and this was an ongoing procedure, practice and policy implemented by the entire Administrative Staff due to lacking of Staffs Sgt. White, Officer Matthews and Officer J. Holland were the alleged officers. Further — the result of my injuries are a result of policy, practice and procedure in which the G.D.C.P is implementing resulting in ongoing attacks and they have failed to take reasonable measures in creating a practice, policy or procedure designed to avoid such violations

(1) G.D.C.P Officer Matthews violated my 8th and 14th Amendment Constitutional Rights to cruel and unusual inhumane treatment and punishment when he knowingly disregarded an physical assault and stabbing occurring upon me and stood there watching as he failed to intervene outside of intentionally and maliciously straying O.C spray and/or pepper spray on the open wounds on

my nose and over my body resulting in deliberate indifference to a substantial risk of serious harm to my health and safety in violation of the Georgia Department of Corrections Standard Operating Procedure Policy.

(2) G.D.C.P. Officer Matthews violated my 8th and 14th Amendment Constitutional Rights to cruel and unusual inhumane treatment & punishment when he failed to monitor and supervise the dormitory I was housed in knowing that it was a special dorm for known violent ~~[redacted]~~ inmates who may posed a risk of serious harm to one another resulting in deliberate indifference to a substantial risk of serious harm to other inmates which led to an assault and stabbing upon me in violation of the Georgia Department of Correction Standard Operating Procedure Policy.

(3) G.D.C.P. Officer Matthews violated my 8th and 14th Amendment Constitutional Rights to cruel and unusual inhumane treatment and punishment when he intentionally and maliciously sprayed my open wounds with OC spray and/or pepper spray resulting in deliberate indifference and excessive use of force to my health and safety in violation of the Georgia Department of Corrections Standard Operating Procedure Policy.

(4) G.D.C.P Sgt. White violated my 8th and 14th Amendment Constitutional Rights to cruel and unusual inhumane treatment and punishment when she failed to monitor, supervise or make security rounds in the dormitory I was housed in

knowing that it was a special dorm for known violent inmates who may pose a risk of serious harm to one another resulting in deliberate indifference to a substantial risk of serious harm to other inmates which led to an assault and stabbing upon me in violation of the Georgia Department of Corrections Standard Operating Procedure Policy

(5) GDCP-Unit Manager Rufus Logan violated my 8th and 14th Amendment Constitutional Rights and deprive of my constitutional rights to cruel and unusual inhumane treatment and punishment by failing to protect and encouraging other inmates to kill me which resulted in injury when he told other inmates "yall can gone and kill him thereby posing a substantial risk of serious harm resulting in deliberate indifference to a substantial risk of serious harm to my health and safety in violation of the Georgia Department of Corrections Standard Operating Procedure Policy

(6) GDCP Deputy Warden Tommy Coffee violated my 8th and 14th Amendment Constitutional Rights and deprive of my constitutional rights to cruel and unusual inhumane treatment and punishment by failing to protect and encouraging other inmates to kill me which resulted in injury when he confirmed what Unit Manager Rufus Logan stated and said "yea yall can handle that" thereby posing a substantial risk of serious harm resulting in deliberate indifference to a substantial risk of serious harm to my health and safety in violation of the Georgia Department of Corrections Standard Operating Procedure Policy

(7) GDCP Warden Benjamin Ford; Deputy Warden Tommy Coffee; Deputy Warden Theresa Thornton violated my 8th and 14th

Amendment Constitutional Rights and deprive me of my constitutional rights to cruel and unusual inhumane treatment and punishment by knowingly creating and/or adopting a policy, practice, procedure that officers could work H-House alone without monitoring and supervising inmates which brought about my injuries resulting in deliberate indifference to a substantial risk of serious harm to my health and safety in violation of the Georgia Department of Corrections Standard Operating Procedure Policy

(8) GDCP Warden Benjamin Ford; Deputy Warden Tommy Coffee; Deputy Warden Theresa Thornton violated my 8th and 14th Amendment Constitutional Rights and deprive of my constitutional rights to cruel and unusual inhumane treatment and punishment by failing to create and adopt a policy, practice or procedure that officers had a duty or job obligation that they must make rounds, monitor and supervise H-House and their failure brought about my injuries resulting in deliberate indifference to a substantial risk of serious harm to my health and safety in violation of the Georgia Department of Corrections Standard Operating Procedure Policy

(9) GDCP Officer Jessica Holland violated my 8th and 14th Amendment Constitutional Rights and deprive me of my constitutional rights to cruel and unusual inhumane treatment and punishment by failing to make security rounds, monitor and supervise the dormitory I was housed in knowing it was a special dorm for known violent inmates who may pose a risk of serious harm to one another resulting in

DELIBERATE INDIFFERENCE TO A SUBSTANTIAL RISK OF SERIOUS HARM TO OTHER INMATES WHICH LED TO AN ASSAULT AND STABBING UPON ME IN VIOLATION OF THE GEORGIA DEPARTMENT OF CORRECTIONS STANDARD OPERATING PROCEDURE POLICY

I AM SUING EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY FOR MY PAIN AND SUFFERING OF MENTAL EMOTIONAL PHYSICAL AND PSYCHOLOGICAL INJURIES AND DAMAGES

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

GDCP - GDCP-SMU SECURITY CAMERA SYSTEM
THE REST WILL BE NAMED THROUGH AND AFTER DISCOVERY

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

(1) THAT ANY OFFICER INVOLVED IN AN EXCESSIVE USE OF FORCE CELL EXTRACTION/DISTRACTION BE FINED BY THE DEPARTMENT OF CORRECTION
(2) THAT EACH DEFENDANT INVOLVED BE IMMEDIATELY FIRED
(3) THAT THIS ALLEGED CONVICTION AND SENTENCE BE DISCHARGED, VACATED, COMMUTED AND DECLARED NULL AND VOID PUBLICLY
(4) THAT I AM ESCORTED TO THE FRONT ENTRANCE AND RELEASED PUBLICLY

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 19TH day of APRIL 20 21.

Rico Ballard #886719
Rico Ballard #886719
GA.DIAG   PLAINTIFF CLASS.PRISON
P.O. Box 3877
JACKSON, GA 30233

## RELIEF REQUESTED CONTINUATION:

(5) THAT EACH DEFENDANT IS HELD LIABLE IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY FOR MY MENTAL, EMOTIONAL, PHYSICAL AND PSYCHOLOGICAL INJURIES

(6) THAT I AM SUING EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY FOR MY MENTAL, EMOTIONAL, PHYSICAL AND PSYCHOLOGICAL INJURIES

(7) THAT I AM AWARDED $700 BILLION DOLLARS FOR MY PAIN AND SUFFERING BY EACH DEFENDANT FOR DAMAGES SUCH AS MONETARY, NOMINAL, COMPENSATORY AND PUNITIVE DAMAGES AND WHATEVER DAMAGES THIS HONORABLE COURT DEEMS NECESSARY

(8) THAT THE RECORD REFLECT THAT MY CONVICTIONS AND SENTENCES ARE VACATED, COMMUTED, DISCHARGED AND DECLARED NULL AND VOID

(9) THAT I AM PUBLICLY ESCORTED TO THE FRONT ENTRANCE AND RELEASED FROM PRISON

(10) THAT THIS COMPLAINT GO TO TRIAL BY JURY

## Certificate of Service

I do hereby certify that I have this day served the within and foregoing 42 USC 1983 lawsuit upon each defendant listed on the front of the complaint through the United States District Court for the Middle District of Georgia by depositing it with proper postage upon it in the United States Postal Mail and addressed to

1) David W. Bunt, Clerk
United States District Court
Middle District of Georgia
475 Mulberry Street
Macon, GA 31601

This the 19th Day of April 2021

Rico Ball #886719
Rico Ballard #886719
GA. Diag. & Class. Prison
P.O. Box 3877
Jackson, GA 30233