IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICO LAMAR BALLARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:21-CV-140 (MTT) |
| | ) |
| OFFICER MATTHEWS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ORDER

United States Magistrate Judge Charles H. Weigle recommends denying Plaintiff Rico Lamar Ballard's motion for a preliminary injunction (Doc. 35). Doc. 53. Ballard has objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews de novo the portions of the Recommendation to which he objects.

Ballard's lawsuit is based on his allegations that the defendants used excessive force against him and were deliberately indifferent to his safety. Docs. 7 at 1-2; 12 at 1. Ballard's requested preliminary injunction, however, concerns the defendants' alleged improper treatment of his legal mail. Doc. 35. "A district court should not issue an injunction when the injunction in question is not of the same character and deals with a matter lying wholly outside the issues in the suit." *Kaimowitz v. Orlando Fla*., 122 F.3d 41, 43 (11th Cir. 1997). Here, Ballard's lawsuit and his requested injunction involve completely different matters. Therefore, Ballard's motion for a preliminary injunction is inappropriate.

-2-

After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 53) is **ADOPTED** and made the order of the Court.  Accordingly, Ballard's motion for a preliminary injunction is **DENIED**.

**SO ORDERED**, this 3rd day of February, 2022.

<pre>                                           S/ Marc T. Treadwell
                                           MARC T. TREADWELL, CHIEF JUDGE
                                           UNITED STATES DISTRICT COURT</pre>