**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| RICO LAMAR BALLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:21-CV-00140-MTT-CHW |
| OFFICER MATTHEWS, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

The parties, through counsel, notify the Court that the above-styled action has been settled and that a stipulation of dismissal with prejudice will be filed with the Court once the settlement is finalized. Accordingly, the parties request that the action be removed from the trial calendar for the term scheduled to begin on September 11, 2023.

This 15th day of August, 2023.

Respectfully submitted,

CHRISTOPHER M. CARR                112505
Attorney General

LORETTA L. PINKSTON-POPE      580385
Deputy Attorney General

ROGER A. CHALMERS                     118720
Senior Assistant Attorney General

*/s/Daniel W. Hamilton*
DANIEL W. HAMILTON                    320855
Special Assistant Attorney General

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Daniel W. Hamilton
Plunkett Hamilton Manton & Graves, LLP
429 Walker Street, Upper Level
Augusta, GA 30901
Tel:        706-722-6200
Fax:       706-722-4817
Email:     dhamilton@phmglaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system and served the same on Plaintiff by causing a copy thereof to be deposited in the United States Mail, postage prepaid, addressed as follows:

McNeill Stokes
5372 Whitehall Place
Mableton, Georgia 30126
Counsel for Plaintiff

This 15th day of August, 2023.

*/s/Daniel W. Hamilton*
Daniel W. Hamilton
Counsel for Defendants
Georgia Bar No. 320855

Plunkett Hamilton Manton & Graves, LLP
429 Walker Street, Upper Level
Augusta, GA 30901
706-722-6200